[No. 20615-0-I. Division One. June 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ENNIS POWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-00005-9, Lloyd W. Bever, J., entered June 25, 1987. *Reversed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Webster, JJ.

[No. 21621-0-I. Division One. June 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TY ROBERT MYERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-03920-1, Jerome M. Johnson, J., entered January 14, 1988. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 22388-7-I. Division One. June 5, 1989.]

BARBARA YOUNG, *Appellant,* v. ALAN W. YOUNG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79-3-03286-9, Paul D. Hansen, J., entered May 27, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Winsor, J., and Cole, J. Pro Tem.

[No. 20611-7-I. Division One. June 5, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LEIGHTON CLARK RAMA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-00914-5, Gerard M. Shellan, J., entered June 1, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Winsor, JJ.